SB/CEM: USAO 2025R00250

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. RDB-26-99 |
|---|---|
| v. | Coercion and Enticement, 18 U.S.C. § 2422(b); Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2); and 2, Forfeiture, 18 U.S.C. § 2253, 2428, 21 U.S.C. § 853(p) |
| SHAWN LIVINGSTON, | |
| Defendant. | |

### INDICTMENT

### COUNTS ONE AND TWO
(Coercion and Enticement of a Minor)

The Grand Jury for the District of Maryland charges that:

### General Allegations

1.  Defendant **SHAWN LIVINGSTON** ("**LIVINGSTON**") was born in 1987 and resided in Annapolis, Maryland. **LIVINGSTON** was employed as an information technology professional at a pre-K through grade 12 school in Annapolis.

2.  Minor Victim 1 was a 16-year-old female and was a resident of Pennsylvania.

3.  Minor Victim 2 was a 15-16-year-old female and was a resident of Tennessee.

4.  **LIVINGSTON** operated and used several different online accounts with social media companies including Snapchat. **LIVINGSTON** used a variety of accounts and usernames on Snapchat, including "shawnlives" and "carebearjer03," to communicate with other Snapchat users. Beginning no later than March 2023, **LIVINGSTON** used these Snapchat accounts to meet and communicate with minor females.

5.  Using these same Snapchat accounts, **LIVINGSTON** coerced and enticed minor victims to send visual depictions of themselves engaged in sexually explicit conduct, including,

1

sexual intercourse, masturbation and the lascivious displays of their genitals, in exchange for money sent via peer-to-peer payment applications including Cash App and Venmo.

6.     **LIVINGSTON** used Snapchat to solicit and receive depictions of Minor Victim 1 and Minor Victim 2 engaging in sexually explicit conduct including masturbation and the lascivious display of the minor victims' genitals.

## The Charges

7.     On or about the dates listed below, each being a separate count, in the District of Maryland, the Middle District of Pennsylvania, and the Eastern District of Tennessee, the defendant,

**SHAWN LIVINGSTON,**

using any facility and means of interstate and foreign commerce, knowingly attempted to and did persuade, induce, entice, and coerce minors to engage in any sexual activity for which any person could be charged with a criminal offense, that is, on the dates listed below, **LIVINGSTON** used and attempted to use, an internet-based Snapchat account to persuade, induce, entice, and coerce the minor victims indicated below, to record themselves engaging in sexually explicit conduct and to send **LIVINGSTON** the resulting images and video via the internet, in violation of 18 U.S.C. §§ 2251(a),(e), as follows:

| Count | Date | Victim |
|---|---|---|
| 1 | From on or about September 25, 2022, through on or about July 17, 2023 | Minor Victim 1 |
| 2 | From on or about June 30, 2020, through on or about September 9, 2023 | Minor Victim 2 |

18 U.S.C. §§ 2422(b), 2427

2

## COUNTS THREE THROUGH FOURTEEN
(Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

1. Paragraphs One through Six of Counts One and Two are incorporated here.

2. Minor Victim 3 was a 16-year-old female and was a resident of Florida.

3. Minor Victim 4 was a 16-year-old female and was a resident of New York.

4. Minor Victim 5 was a 16-year-old female and was a resident of Arkansas.

5. **LIVINGSTON** used Snapchat to solicit and receive depictions of Minor Victim 3, Minor Victim 4, and Minor Victim 5 engaging in sexually explicit conduct including masturbation and the lascivious display of the minor victims' genitals.

6. On or about the dates indicated below, each instance being a separate count, in the District of Maryland and the Middle District of Pennsylvania, the Eastern District of Tennessee, the Middle District of Florida, the Northern District of New York, the Western District of Arkansas, and elsewhere, the defendant,

### SHAWN LIVINGSTON,

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, that had been mailed, shipped and transported in and affecting interstate and foreign commerce, which contained materials which had been so mailed, shipped, and transported by any means including by computer, the production of which visual depiction involved the use of a minor engaged in sexually explicit conduct and which visual depiction was of such conduct, that is, **LIVINGSTON** used his Snapchat internet-based accounts "shawnlives" and "carebearjer03" to receive visual depictions of minor victims engaging in sexually explicit conduct, as follows:

| Count | Date | Snapchat Account | Description |
|---|---|---|---|
| 3 | March 7, 2023 | "shawnlives" | Seven videos depicting Minor Victim 3's exposed genitals. |
| 4 | May 12, 2023 | "shawnlives" | Two videos depicting Minor Victim 3's exposed anus and genitals. |
| 5 | May 17, 2023 | "carebearjer03" | One video depicting Minor Victim 1 masturbating her exposed genitals. |
| 6 | June 5, 2023 | "shawnlives" | Three videos depicting Minor Victim 2 – then 15 years old – engaging in sexual intercourse with a male. |
| 7 | June 8, 2023 | "shawnlives" | One video depicting Minor Victim 2 – then 15 years old – engaging in sexual intercourse with a male. |
| 8 | July 19, 2023 | "shawnlives" | One video depicting Minor Victim 2 masturbating her exposed genitals. |
| 9 | July 27, 2023 | "carebearjer03" | Two videos depicting Minor Victim 4 engaging in sexual intercourse with a male. |
| 10 | August 7, 2023 | "shawnlives" | Two videos depicting Minor Victim 2 engaging in sexual intercourse with a male. |
| 11 | August 8, 2023 | "shawnlives" | One video depicting Minor Victim 2 engaging in sexual intercourse with a male. |
| 12 | August 12, 2023 | "shawnlives" | Two videos depicting Minor Victim 5 masturbating and digitally penetrating her exposed genitals. |
| 13 | August 26, 2023 | "carebearjer03" | One video depicting Minor Victim 4 engaging in sexual intercourse with a male. |
| 14 | September 9, 2023 | "shawnlives" | One video depicting Minor Victim 2 engaging in sexual intercourse with a male. |

18 U.S.C. §§ 2252(a)(2) and (b)(1)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 18 U.S.C. § 982, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction on the offenses charged in Counts One through Twelve of this Indictment.

### Child Exploitation Forfeiture

2. Upon conviction of the offenses alleged in Counts One through Fourteen, the defendant,

**SHAWN LIVINGSTON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a. any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Substitute Assets

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
18 U.S.C. § 982
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Kelly O. Hayes /POM*
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

Date: 03/12/2026